JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HAINES,<br><br>              Plaintiff,<br><br>       v.<br><br>HILL-ROM COMPANY, INC., and DOES 1 through 20, Inclusive,<br><br>              Defendant. | Case No. SA-CV-07-1066-DOC (RNBx)<br><br>[~~PROPOSED~~] **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

Pursuant to the Stipulation and Order Regarding Dismissal of the Entire Action with Prejudice filed by both parties,

IT IS HEREBY ORDERED that the above-referenced action is dismissed with prejudice and in its entirety.

DATED:    January 5, 2009         By: _David O. Carter_____

                                   United States District Court Judge

1

[PROPOSED] ORDER  DISMISSING ENTIRE ACTION WITH PREJUDICE

Proposed Order
Dismissing Entire